AO 440 (Rev. 06/12) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the
Southern District of New York

| NATASHA OSBOURNE | ) |
| --- | --- |
| *Plaintiff(s)* | ) |
| v. | ) Civil Action No. |
| TCPRNC LLC d/b/a THE PLAZA REHAB AND NURSING CENTER, CITADEL CONSULTING GROUP, LLC , ET AL. | ) |
| *Defendant(s)* | ) |

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)* TCPRNC LLC d/b/a The Plaza Rehab and Nursing Center
100 West Kingsbridge Road, Bronx, NY 10468
Citadel Consulting Group, LLC, d/b/a Citadel Care Centers, LLC
100 Gates Avenue
Brooklyn, NY 11221
UHP Administrators, Inc. d/b/a UHP Administrators
1662 61 Street, Brooklyn, NY 11204

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure.  The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are: The Siegel Law Firm, P.C.
591 Stewart Avenue, Suite 550
Garden City, NY 11530

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

*CLERK OF COURT*

Date: 2/27/2024



/s/ J. Gonzalez

*Signature of Clerk or Deputy Clerk*