# JacksonLewis

**Jackson Lewis P.C.**
666 Third Avenue
28th Floor
New York, NY 10017
Direct: (212) 545-4055
Main: (212) 545-4000
Steven.Seidenfeld@jacksonlewis.com

May 14, 2024

**VIA ECF**

Honorable Jessica G. L. Clarke
United States District Judge
United States District Court
Southern District of New York
500 Pearl Street, Room 1040
New York, NY 10007



Re:   *Osbourne v. TCPRNC LLC, et al*, No. 24 Civ. 1369 (JGLC) (OTW)
      (The Parties' First Request for Adjournment)

Dear Judge Clarke:

We represent Defendants TCPRNC LLC ("The Plaza Rehab and Nursing Center") and Citadel Consulting Group, LLC ("Citadel") in the above referenced matter. The parties jointly submit this letter motion, pursuant to Individual Practice Rule 2.e, seeking the adjournment of the May 30, 2024 Initial Conference (ECF No. 6) and an extension of time for The Plaza Rehab and Nursing Center, Citadel, and UHP Administrators ("Defendants") to respond to Plaintiff's Complaint.

Pursuant to the March 4, 2024 Scheduling Order (ECF No. 8), the parties appeared before Magistrate Judge Ona T. Wang for a pre-settlement conference on May 2, 2024. During the conference, the parties informed Judge Wang that settlement discussions were ongoing. Judge Wang requested that the parties exchange additional documentation to help facilitate negotiations and see if an early resolution is possible. A second pre-settlement conference call was scheduled for June 4, 2024, to discuss the parties' progress and potentially schedule a settlement conference. The parties jointly request an adjournment of the Initial Conference from May 30, 2024, to either July 22, 23, or 24, 2024, and for Defendants' time to answer, or otherwise respond to the Complaint be extended from June 16, 2024 to August 14, 2024.[1] The requested extension will allow the parties to focus their efforts and resources on resolving the case prior to responsive pleadings, motion practice, and beginning discovery. This is the parties' first request for an adjournment or extension of time.

---

[1] Plaintiff's counsel sent each of the Defendants requests to waive service of summons on April 17, 2024. All the Defendants signed and returned the requested waivers and the deadline to file a response to the Complaint is currently to June 16, 2024.

**JacksonLewis**

We thank the court for its time and consideration of this request.

Respectfully submitted,

*/s/ Steven J. Seidenfeld*
Steven J. Seidenfeld
Christian M. Mercado

cc: All counsel of record (via ECF)

Application GRANTED. IT IS HEREBY ORDERED that the initial pretrial conference in this matter, previously scheduled for May 30, 2024 at 11:00 a.m., is RESCHEDULED for **July 25, 2024 at 4:00 p.m.** The joint letter and proposed Civil Case Management Plan and Scheduling Order, as described in ECF No. 6, shall be filed by **July 18, 2024**. Defendants' time to answer, move, or otherwise respond to the Complaint is extended to **August 14, 2024.** The Clerk of Court is directed to terminate ECF No. 16.

SO ORDERED.

*Jessica Clarke*

JESSICA G. L. CLARKE
United States District Judge

Dated: May 16, 2024
New York, New York