UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

NATASHA OSBOURNE,

                Plaintiff,

-against-

TCPRNC LLC d/b/a THE PLAZA REHAB AND NURSING CENTER, et al.,

                Defendants.

24-CV-1369 (JGLC)

**ORDER**

JESSICA G. L. CLARKE, United States District Judge:

The Court has reviewed the parties' stipulation and order of partial dismissal. Plaintiff Natasha Osbourne and Defendant UHP Administrators Inc. d/b/a UHP Administrators ("UHP Administrators") shall file a letter by **August 21, 2024** confirming that the matter is being dismissed as to UHP Administrators and that Osbourne and UHP Administrators have not settled. Any settlement between the parties would be subject to the Court's review pursuant to *Cheeks v. Freeport Pancake House, Inc.*, 796 F.3d 199 (2d Cir. 2015).

Dated: August 14, 2024
       New York, New York

SO ORDERED.

*Jessica Clarke*

JESSICA G. L. CLARKE
United States District Judge