**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
------------------------------------------------------------x
NATASHA OSBOURNE,

           Plaintiff,

           -against-

TCPRNC LLC, et al.,

           Defendants.
------------------------------------------------------------x

24-CV-1369 (JGLC) (OTW)

**ORDER**

**ONA T. WANG**, **United States Magistrate Judge**:

The Court held a Preliminary Settlement Conference Call in this action on November 19, 2024. The parties are directed to file a joint letter on the docket by **December 13, 2024**, proposing three dates for an in-person Settlement Conference during the weeks of January 6, 2025, and January 21, 2024.

      **SO ORDERED.**

_s/ Ona T. Wang_
**Ona T. Wang**
United States Magistrate Judge

Dated: November 20, 2024
       New York, New York