UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------------x
NATASHA OSBOURNE,

            Plaintiff,

        -against-

TCPRNC LLC, et al.,

           Defendants.
------------------------------------------------------------x

24-CV-1369 (OTW)

**ORDER**

**ONA T. WANG**, **United States Magistrate Judge**:

Having been advised that the parties have reached a settlement, the parties shall jointly submit a proposed settlement agreement for the F.L.S.A. claims for approval by **Monday, March 3, 2025**. The parties shall attach to the executed settlement agreement a joint letter motion explaining why the settlement agreement is fair and reasonable under *Cheeks v. Freeport Pancake House, Inc.*, 796 F.3d 199, 206 (2d Cir. 2015). The letter motion should provide sufficient detail on the method used to determine the settlement amount as well as detailed billing records to support any claim for attorneys' fees.

     **SO ORDERED.**

Dated: February 11, 2025
       New York, New York

                                        *s/ Ona T. Wang*
                                          **Ona T. Wang**
                                         United States Magistrate Judge