# JacksonLewis

Jackson Lewis P.C.
666 Third Avenue
28th Floor
New York, NY 10017
Direct: (212) 545-4055
Main: (212) 545-4000
Steven.Seidenfeld@jacksonlewis.com

## MEMO ENDORSED.

March 13, 2025

**VIA ECF**

Honorable Ona T. Wang
United States Magistrate Judge
United States District Court
Southern District of New York
Daniel Patrick Moynihan Courthouse
500 Pearl Street, Courtroom 20D
New York, NY 10007

**Application GRANTED.**

**SO ORDERED.**

_____
Ona T. Wang          Mar. 14, 2025
U.S.M.J.

Re:  *Osbourne v. TCPRNC LLC, et al*, No. 24 Civ. 1369 (JGLC) (OTW)
     (Second Joint Motion for Extension of Time to File Motion to Approve FLSA Settlement)

Dear Judge Wang:

We represent Defendants TCPRNC LLC d/b/a The Plaza Rehab and Nursing Center and Citadel Consulting Group, LLC (collectively, the "Defendants") in the above referenced matter. Together with Plaintiff Natasha Osbourne ("Plaintiff, and together with Defendants the "Parties"), the Parties jointly request that the March 17, 2025 deadline (ECF No. 52) to submit a proposed settlement agreement for Plaintiff's Fair Labor Standards Act ("FLSA") claims for approval be extended three weeks until April 7, 2025.

Since a settlement in principle was reached on January 31, 2025, the Parties have reached full agreement as to the terms of the FLSA settlement but require additional time to fully execute the underlying agreement. This is the Parties' second request for an extension, with the first request having been granted on February 28, 2025 (ECF Nos. 51-52). Please let us know if the Court has any questions about this request or desires any additional information.

We thank the Court for its time and consideration.

Respectfully submitted,

*/s/ Steven J. Seidenfeld*
Steven J. Seidenfeld
Christian M. Mercado