**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
-------------------------------------------------------------x
                                                             :
NATASHA OSBOURNE,                                            :
                                                             :
                    Plaintiff,          :
      -against-                                      :   24-CV-1369 (OTW)
                                                             :
                                                             :   **OPINION & ORDER**
                                                             :
                                                             :
TCPRNC LLC, and CITADEL CONSULTING                           :
GROUP, LLC,                                                  :
                                                             :
                    Defendants.         :
                                                             :
-------------------------------------------------------------x

**ONA T. WANG, United States Magistrate Judge:**

The Court has reviewed the parties' settlement submission at ECF 55 pursuant to *Cheeks v. Freeport Pancake House, Inc.*, 796 F.3d 199 (2d Cir. 2015), and finds that the proposed settlement under the Fair Labor Standards Act is fair and reasonable.

Accordingly, the Clerk is respectfully directed to close ECF 55 and close the case.

**SO ORDERED.**

Dated: April 15, 2025                                          *s/ Ona T. Wang*
       New York, New York                                 **Ona T. Wang**
                                                                 United States Magistrate Judge